UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.253.4.235,<br><br>        Defendant. | Case Number: 3:23-cv-06665-LJC<br><br>Honorable Lisa J. Cisneros<br><br>**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE** |

    THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for March 28, 2024, and the Court being duly advised in the premises does hereby:

    ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until July 7, 2024 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for March 28, 2024 is continued to August 8, 2024 at 1:30 p.m.

    **DONE AND ORDERED**.

Dated: March 26, 2024_____

By: _____
**United States Magistrate Judge**
Hon. Lisa J. Cisneros

1

Order on *Ex-Parte* Application for Extension to Effectuate Service and for
Continuance of the Initial Case Management Conference

Case No. 3:23-cv-06665-LJC